[Cite as *State ex rel. Pettway v. Cuyahoga Cty. Court of Common Pleas*, 2012-Ohio-5423.]

# Court of Appeals of Ohio

### EIGHTH APPELLATE DISTRICT
### COUNTY OF CUYAHOGA

JOURNAL ENTRY AND OPINION
**No. 98699**

# STATE OF OHIO EX REL.,
# TIMOTHY PETTWAY

RELATOR

vs.

# CUYAHOGA COUNTY COURT OF
# COMMON PLEAS, ET AL.

RESPONDENTS

# JUDGMENT:
# WRIT DENIED

Writ of Procedendo
Motion No. 457494
Order No. 460062

**RELEASE DATE:** November 20, 2012

**FOR RELATOR**

Timothy Pettway, Pro Se
Inmate No. 550-655
Toledo Correctional Institution
P.O. Box 80033
2001 East Central Avenue
Toledo, OH   43608


**ATTORNEYS FOR RESPONDENTS**

Timothy J. McGinty
Cuyahoga County Prosecutor

BY:   James E. Moss
Assistant County Prosecutor
The Justice Center, 9th Floor
1200 Ontario Street
Cleveland, OH   44113


MELODY J. STEWART, P.J.:

{¶1} Timothy Pettway has filed a complaint for a writ of procedendo.   Pettway seeks an order from this court, which requires Judge Deena Calabrese and the Cuyahoga County Court of Common Pleas to render a ruling with regard to a motion to "remand sentencing for the limited purpose of allowing defendant to move trial court for a waiver of payment of court costs" as filed in *State v. Pettway*, Cuyahoga C.P. No. CR-498474. Judge Calabrese and the Cuyahoga County Court of Common Pleas have filed a motion for summary judgment, which is granted.

{¶2} Pettway's request for a writ of procedendo is moot. Attached to the motion for summary judgment is a copy of a judgment entry, as journalized on June 30, 2012, which demonstrates that Pettway's motion to "remand sentencing for the limited purpose of allowing defendant to move trial court for a waiver of payment of court costs" was denied. Thus, Pettway's request for a writ of procedendo is moot. *State ex rel. Jerninghan v. Cuyahoga Cty. Court of Common Pleas*, 74 Ohio St.3d 278, 1996-Ohio-117, 658 N.E.2d 723; *State ex rel. Snider v. Stapleton*, 65 Ohio St.3d 40, 600 N.E.2d 240 (1992); *State ex rel. Richard v. Wells*, 64 Ohio St.3d 76, 591 N.E.2d 1240 (1992); *State ex rel. Gantt v. Coleman*, 6 Ohio St.3d 5, 450 N.E.2d 1163 (1983).

{¶3} Accordingly, we grant the motion for summary judgment. Respondents to pay costs. Costs ordered waived. The court directs the clerk for the Eighth District Court of Appeals to serve upon the parties notice of this judgment and its date of entry upon the journal. Civ.R. 58(B).

{¶4} Writ denied.

---

MELODY J. STEWART, PRESIDING JUDGE

FRANK D. CELEBREZZE, JR., J., and
SEAN C. GALLAGHER, J., CONCUR